# Court of Appeals
# of the State of Georgia

ATLANTA,  June 01, 2017

*The Court of Appeals hereby passes the following order:*

## A17A0122. CSEHY v. THE STATE.

As the record in this case is incomplete and fails to include the pleadings, filings, and orders incorporated by reference in the trial court's August 6, 2015 order, see Superior Court Case No.14-9-4265-52, this case is hereby REMANDED to the trial court for completion of the record. After the complete record is prepared and transmitted to this Court, the Court of Appeals Clerk's Office will re-docket this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/01/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*